In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-08-00063-CV


______________________________




CAROLYN BERGIN, Appellant



V.



RANDY TAYLOR, Appellee




 


On Appeal from the 402nd Judicial District Court


 Wood County, Texas


Trial Court No. 2007-173




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION


 Carolyn Bergin, appellant, has filed with this Court a motion to dismiss her pending appeal
in this matter. See Tex. R. App. P. 42.1(a). The motion is signed by Bergin, who is representing
herself pro se. 

 We grant Bergin's motion and dismiss the appeal. 




 Josh R. Morriss, III

 Chief Justice


Date Submitted: July 1, 2008

Date Decided: July 2, 2008





 
 
 
 
 
 
 












 
 
 
 
 
 
 




 

 

 

 

 

 

 

 

 

                                                         In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00051-CV

                                                ______________________________

 

 

 

                 IN THE INTEREST OF
A.P., G.P., AND L.P., CHILDREN

 

 

                                                                                                  


 

 

                                       On Appeal from the 336th
Judicial District Court

                                                             Fannin County, Texas

                                                       Trial Court
No. FA-10-39888

 

                                                   
                                               

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            The sole appellant in this case,
Bonnie Ruth Allen-Pieroni, has represented to this Court that she wishes to
dismiss her appeal.  See Tex. R. App. P.
42.1.

            We further note that Allen-Pieroni
has not paid the filing fee for this appeal, and has made no claim of
indigency.  See Tex. R. App. P.
app. C(B)(1); 20.1.  On July 25, 2011, we
contacted Allen-Pieroni by letter, giving her an opportunity to cure her
failure to pay the appellate fees and warning her that if we did not receive an
adequate response within ten days, this appeal would be subject to dismissal
for want of prosecution.  See Tex.
R. App. P. 42.3(b), (c).

            In response, we received a letter
stating that she wished to dismiss the appeal.

            We dismiss the appeal.

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          August 8, 2011

Date Decided:             August 9, 2011